# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISIAH PEARSON III, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　*Defendant*. | Civil Action No. 17-1984 (RDM) |

## STIPULATION OF DISMISSAL

Plaintiffs, Isiah Pearson III and Diane Pearson, along with Defendant, the United States, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

June 8, 2018

Respectfully submitted,

GILMAN & BEDIGIAN, LLC

*/s/ H. Briggs Bedigian*
H. Briggs Bedigian, Esquire
Jon Stefanuca, Esquire
108 W. Timonium Road, Suite 203
Timonium, Maryland 21093
410 560-4999
*Counsels for Plaintiffs*

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By:     */s/ Brian J. Field*
             BRIAN J. FIELD
             D.C. BAR #985577
             Assistant United States Attorney
             555 4th Street, N.W.
             Washington, D.C. 20530
             Tel: (202) 252-2551
             Brian.Field@usdoj.gov

*Attorneys for Defendant*